IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
__Macon__ DIVISION

QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

RECEIVED
CLERK'S OFFICE
2014 FEB 18 AM 8:43
U.S. [...]
MIDDLE [...] GEORGIA
MACON, GEORGIA

Roylee Smith
Joanne M. Dyer, Civilian

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

Plaintiff

VS.

Fredrick J. Head, Warden
Lisa Fountain Interim,
Manager Inmate Affairs

(NAME OF EACH DEFENDANT)

Defendant(s)

CIVIL ACTION NO:
**5:14-CV-067**

## I. GENERAL INFORMATION

1. Your full name and prison number __Roylee Smith 1000661938__
2. Name and location of prison where you are now confined __Riverbend Corr't Fac__
3. Sentence you are now serving (how long?) __6 yrs__
    (a) What were you convicted of? __probation violation under CR11-21-77-AB on Nov 02, 2012,__
    (b) Name and location of court which imposed sentence __133 Montgomery Street Savannah GA 31401, Chatham Court House__
    (c) When was sentence imposed? __Nov 02, 2012__
    (d) Did you appeal your sentence and/or conviction?    Yes ☐   No ☑
    (e) What was the result of your appeal? _____

(f) Approximate date your sentence will be completed  July 27, 2017

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

4. Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action?
   Yes [ ]   No [✓]

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:
   (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit INVOLVING SAME FACTS:
       Plaintiff(s): _____ X _____
       Defendant(s): _____

   (b) Name of Court: _____
   (c) Docket Number: _____   When did you file this lawsuit? _____
   (d) Name of judge assigned to case: _____
   (e) Is this case still pending?   Yes [ ]   No [ ]
   (f) If your answer to (e) is "No", when was it disposed of and what were the results?
       (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)
       _____ X _____

6. Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?   Yes [ ]   No [✓]

7. If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:
   (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit:
       Plaintiff(s): _____ X _____
       Defendant(s): _____
   (b) Name of Court: _____
   (c) Docket Number: _____   When did you file this lawsuit? _____
   (d) Name of judge assigned to case: _____
   (e) Is this case still pending?   Yes [ ]   No [ ]

   (f)   If your answer to (e) is "No", when was it disposed of and what were the results?
   (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)
   _____ ✗
   _____

8. AS TO ANY LAWSUIT FILED IN ANY FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?   Yes ✓   No ☐

   If your answer is Yes, state the name of the court and docket number as to each case:
   U.S. Dist Southern GA          N/A
   _____
   _____
   _____

### III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place? 196 Layina Farm Rd. Riverbend Corr't Fac. Milledgeville GA 31061

   (a) Does this institution have a grievance procedure?   Yes ✓   No ☐

   (b) If your answer to question 9(a) is "Yes", answer the following:

      (1) Did you present your complaint(s) herein to the institution as a grievance?
      Yes ✓   No ☐

      (2) If Yes, what was the result? grievance Number 154982 was denied by Warden Head on 8-28-13, For a inventory completed on 1-8-13, not 1-24-13 which is the incident date when plaintiff was transfered

      (3) If No, explain why not: _____
      _____
      _____
      _____

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.

I Filed a grievance on 8-2-13 and warden Head denied on 8-28-13 Appeal to Inmate Affairs and it was denied on 10-7-13

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?   Yes ☑   No ☐

(1) If Yes, to whom did you appeal and what was the result? I appeal to Ms. Lisa Fountain, Interim Manager and she denied it on 10-7-13

(2) If No, explain why you did not appeal: _____

10. In what other institutions have been confined? Give dates of entry and exit.

Riverbend Correctional Facility 196 Laying Farm Road Milledgeville GA 31061

## IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.

Plaintiff Number (1) Roylee Smith Riverbend Correctional Facility 196 Laying Farm Rd Milledgeville GA 31061 plaintiff (2) Joanne M. Dyer Civilian, 810 King St, Beaufort SC, 29902 (912) 441-4967, Girlfriend

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

1) Fredrick J. Head, (Warden) Riverbend Corr Fac
Lisa Fountain Interim Manager Inmate Affairs (DOC)

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court <u>WHAT</u> you contend happened to you, <u>WHEN</u> the incident(s) you complain about occurred, <u>WHERE</u> the incident(s) took place, <u>HOW</u> your constitutional rights were violated, and <u>WHO</u> violated them? Describe how <u>each</u> defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE <u>REQUIRES</u> THAT PLEADINGS BE <u>SIMPLE</u>, <u>CONCISE</u>, and <u>DIRECT</u>! If the court needs additional information from you, you will be notified.

WHERE did the incident you are complaining about occur? That is, at what institution or institutions? Riverbend Corrts Fac. 196 Laying Farm Road

WHEN do you allege this incident took place? January 24, 2013

WHAT happened? On January 24, 2013, I was transfered to Chatham County Sheriff Department for a Court date January 28, 2013 (to Jury Trial) I never recieved a LOP 11.9 Title offender Personal property inventory by any staff at Riverbend Corrt Fac as required on a GDC SOP 11B06-002 Attachment 2, offender personal property inventory Form. (2) Claim Joanne M. Dyer my Girlfriend has Financially Supported me Since July 25, 2012, and has continuce even hear at Riverbend the pro property such a money receipts to pay Foods off the Store and higgens produce and telephone calls are paid by Plaintiff (2) Joanne M. Dyer and when the defendents deprived plaintiff (1) of his personal property he had to relie on plaintff (2) For more Financial Support, Statement of Facts, plaintiff (2) was deprived of property without due process

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

to award plentiff 60.00 dellrs in the individual capacity of both defendants for monetary damages or compensational damages or punitive damages

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this 9 day of February, 20 14.

_____
PLAINTIFF

The court must review a plaintiff's claim under a 42 U.S.C. 1983 action for punitive damages, or monetary damages. And the inquiry must focus on whether the two essential elements to a 1983 action are present: (1) Whether the conduct complained of was committed by a person acting under color of state law; and (2) whether this conduct deprived [plaintiff] of rights, privileges, or immunities secured by the constitution or laws of the United States. And plaintiff will prove the following to guarantee his rights to a 42 U.S.C. 1983 action for the willful and evil negligence and motivated misconduct of the Defendants. (1) All Defendants where acting under the color of state law when they violated plaintiff's Rights secured by the U.S. constitution because they were on the (Job) (2) Defendants violated plaintiff's constitutional rights when they deliberately denied and deprive plaintiff of his property without Due process of law, See the Fifth amendment, nor shall any person be deprived of life, Liberty, or (property) without due process of law, ~~Also the 14th amendment constitution nor shall any person~~ nor shall any person be deprive of equal protection of ~~~~ laws ~~~~ plaintiff will prove the following to support his claim (1) See Exhibit-A grievance form filed on August-2-13 by plaintiff arguing lost and stolen personal property several commissary food items and family pictures with several U.S. postal stamps and postal legal mail, and personal mail, All my confidential documents ~~Also~~ (2) plaintiff only argue the Lost items from incident Date January 24, 2013, which was the date he was transfered by DOC to Chatham county Sheriff complex to face pending Felony charges,

(1983 suit)

Mail/se

1.

(3) plaintiff states that Defendants with doubts Fact and prove reflect the Lost or stolen personal property on January 24, 13 And request that Defendants produce this GDC SOP 11B06-002 Attachment 2, offender personal property inventory form. And if defendants Failed to provide this inventory Form with his signature For January 24, 2013, This will indicate to this court the willful negligence of the defendants. (4) See Exhibit-B Disposition on appeal at the central office Level defendant Didn't denied the Fact that the institutional DOC records on a Riverbend Correctional Facility Does reflect and prove he "was" transfered to Chatham county sheriff Department on January 24, 2014 at 7:00 Am and there was never any inventory Form provided By warden Fedrick J. Head to reflect January 24, 2013 inventory document, when he denied plaintiff grievance at the institution. Level instead He relied on a 1-8-13 inventory. From my First arrival (From) Jackson DOC classification center. Ms. Lisa Fountain, Interim manager Inmate Affairs and Ombudsmen, defendant(2) on 10/07/2013 rejected plaintiff grievance because He added two additional sheets of pages instead of one. (5) As the complaint provide relied on the merits that both defendants intentionally and willfully denied and deprived plaintiff of his property without equal protection of the law, and without due process of law guarantee by the 5th amendment and 14th amendment. Furthermore both defendant relied on Frivolous Facts which provided no merits to there Dispositions, dates(1) August 28, 2013 by warden Fredrick J. Head (2) October 07, 2013 by Ms. Lisa Fountain, Interim Manager per Inmate Affair and ombudsmen furthermore plaintiff has satisfied the two essential elements in this action For punitive damages or monetary damages,

2.

(6) Neither defendant has qualified immunity when they are being suit in there individual capacity. And all defendants are liable when they have violated a clearly establish Law and U.S. constitutional right. Furthermore plaintiff attach another defendant the GEO Group Chief Executive Mr. George Zoley, whom is responsible for the operation of this Facility being run by warden Fredrick J. Head. As this is a private correctional Facility operated by a For-profit Incorporation, which employs private individuals as guards and wardens, None of these defendants are state or Federal governmental officials whom injoy immunity. And plaintiff seeks punitive damages monetary damages against all defendants for 60,000 sixty Thousand dollars

### plaintiff argument and citation

This court must use the initial inquiry which must focus on whether the two essential elements to a 1988 action are present in this case (1) whether the defendents conduct complained of was committed by a person acting under color of state law; all defendant was working on the job when they violated a clearly establish law, and (2) whether this conduct deprived plaintiff of rights, privileges, or immunities secured by the constitution or laws of the united states. In Parratt v Taylor, 451 U.S. 527, 535, 101 S.Ct. 1908, 1912, 68 L. Ed. 2d 420 (1981). In conducting our inquiry, the analysis given in Parratt is applied. Furthermore Defendant Head, GEO Warden and DOC Interim Manager Lisa Fountain has willfully intentionally, deliberately denied plaintiff of his property without due process an equal protection of the law guaranteed by the 5th and 14th constitutional amendments. Because they both relied on Frivolouse harmless error to denied plaintiff grievance on 8-28-13 and 10-07-13

3.

# Relief

1. plaintif demand 60 sixty Thousand dollars against Defendant Fredrick J. Head, warden in his individual capacity he is Not a state or government official

2. plaintiff Demand 60 sixty Thousand dollars against Lisa Fountain, Interim Manager Inmate Affairs, (DOC) in her individual capacity

3. plaintiff Demand 60 sixty Thousand dollars against George Zoloy Executive Chief of GEO Group Incorporation a private company.

4:

Exhibit-A

CONFIDENTIAL

Offender GRIEVANCE FORM (Facsimile)

SOP IIB05-0001

8-2-13

Description of complaint continue over →

**INSTITUTIONAL STAFF USE ONLY**

| | |
|---|---|
| OFFENDER NAME: Roylee Smith | OFFENDER NUMBER: 1000661958 |
| INSTITUTION: Riverbend Facility | GRIEVANCE NUMBER: 154982 |
| DATE COMPLETED FORM RECEIVED FROM OFFENDER: 8-2-13 | BY: |
| DATE APPEAL RECEIVED: 8-28-13 | BY: |

THIS FORM MUST BE COMPLETED IN INK. YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.

**DESCRIPTION OF INCIDENT:**

Im filing this informal grievance against the property controle room. As On January 24, 2013, petitioner was inventory by a male officer in H-A building around 11:30 pm due to being transfered For a Ct run to Chatham County, Savannah, Georgia, 31401, On pending charges, each inmate upon intake is issued two Locker plastic Boxles and one master lock. I had several u.s. postal Legal mail and personal mail, and Family pictures, several confidential documents

**RESOLUTION REQUESTED:**

I want all my personal property reimbursed immediately please money added to my account of 200.00 hundred dollars two hundred dollars, by August 15, 2013.

_Roylee Smith_    8-2-13
OFFENDER Signature    Date

Is this grievance being filed within the 10 day time limit? Please answer   Yes or   No . If the answer is No, please explain why.

Deputy Warden Mr. Watson trick me to write him to reimburse my items and not file a grievance at the time on July 16, 2013

Description of incident continues

with my Social Security number and Several Food items, I was denied a copy of my (inventory property List) by the black young male officer, whom done my inventory on 01-24-13 upon my returned back from Court on July 16, 2013, Tuesday afternoon about 2:30pm, property controle Female Staff informed me they lost my personal property and it was lost by the Female property officer whom Nolonger work at this (Facility) due to medical illness, but on July 16, 2013, Deputy warden Mr. Watson, told me an convence me to not File a grievance but to write him and give him a list of all my personal items lost by this Correctional Facility property (Staff) official and he promiss to replace all, and today during Law Library Deputy warden Mr. Watson Change his mine basicly he trick me and now he told me to File a grievance and it wauld be denied, and now as (Warden) over this Facility I'm seeking reinbrusement of all personal items lost, before Filing a convenion action or (1983) civil action. in Support thereof See In Powe v. Ennis, 177 F. 3d 393 (5th Cir. 1999). cf. Lewis v. Washington, 300 F. 3d 829, (7th Cir. 2002) When prison officials do not respond to a prisoner's initial grievance, administrative remedies are exhausted. See In Nyhuis v. Reno, 204 F. 3d 65 (3d Cir. 2000) Substantial compliance with grievance procedure will satisfy exhaustion requirement. The Following case citation entitles me to suit for the

2.

Description of incident continues, lost of my personal property. Since an action for conversion is a suit for money damages for the personal property converted, then such suit constitutes the election of money damages rather than recovery of the personal property in a trover action. O.C.G.A. 44-12-151, 44-12-152, 51-10-1. Taylor v. Powertel, Inc, 2001, 250 Ga. App. 356, 551, S.E.2d 765. Also Plaintiff in action for conversion of specific money may recover lost interest. O.C.G.A. 44-12-151(2) 51-10-1. Grant v. Newsome, 1991, 411 S.E. 2d 796, 201 Ga. App. 710. Also Mental pain and suffering charge was not erroneous as allowing double recovery. Porter v. Bland 1962, 105 Ga. App. 703, 125 S.E. 2d 713. Damages. Furthermore this grievance will respectfully serve as a means of my attempt to informally resolved and to avoid civil suit if possible, a copy of this informal grievance was this date served on Mr. Brian Owens, Commissioner of the Georgia Department of Correctional by U.S. mail for the purpose to verify petitioner Did all he could to avoid a conversion action.

Raylee Smith

3.                              7-26-13

Attachment 4
SOP IIB05-0001

## WARDEN'S/SUPERINTENDENT'S GRIEVANCE RESPONSE

| | | | |
|---|---|---|---|
| Offender's Name: | **Roylee Smith** | Grievance Number: | 154982 |
| GDC #: | **100066193̶8̶** | Facility: | **Riverbend C.F.** |

RESPONSE TO GRIEVANCE:
Your New Arrival Personl Property Inventory dated 1-8-13 did not list any of the items that you allege are missing. Grievance denied.

_____     8/28/13
Warden's/Superintendent's signature    (date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

_____     8-28-13
Offender's signature                 (date)

You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator. If the last day is not a business day at your institution, you may file it on the next day that is a business day.

DATE APPEAL RECEIVED FROM OFFENDER _9-8-13_

GRIEVANCE APPEAL FORM

ATTACHMENT 5
SOP IIB05-0001

_Roylee Smith_     _1000661938_     _154982_
OFFENDER NAME     I.D. NUMBER     GRIEVANCE NUMBER

I reject the Warden's/Superintendent's response to my grievance. The basis for this appeal is as follows:

The warden Fredrick J. Head, and Deputy warden Watson and grievance coordinator Ms. Smith, Failed to properly investigate incident date which was January 24, 2013, furthermore defendant arrived at this facility on 01-8-13 and on 01-17-13 defendant purchase two 10.00 dollar Food kits See Exhibit A and A enclosed. Also on 01-21-13 defendant purchase a commissary of $19.30, Funds available 20.08 See Exhibit B enclosed and on 01-24-13 defendant was inventory several legal mail documents, stamps Envelopes, family

NOTE: The option to appeal a proposed resolution rests with the grievant. All grievances indicating a desire for appeal will be forwarded to the next level. However, to allow a full review of all issues the grievant wishes considered, he or she should state these reasons clearly in the appeal. Statements such as "not satisfied" or "appeal further" will result only in a general review. **If for some reason this appeal is being submitted later than the allotted time frame, please state clearly reasons why if you wish for this appeal To be considered.** This appeal form along with the grievance form must be submitted to
your Counselor or Grievance Coordinator.

INMATE'S
SIGNATURE: _Roylee Smith_     DATE: _8-30-13_
(Reproduced locally)

---

## RECEIPT FOR GRIEVANCE AT COUNSELOR'S LEVEL

INMATE'S NAME: _RoyLee Smith_    I.D.# _1000661938_

I ACKNOWLEDGE RECEIPT OF GRIEVANCE APPEAL NUMBER _154982_ FROM THE ABOVE INMATE.

DATE: _8/30/2013_    COUNSELOR'S SIGNATURE: _____

PI-2001 (REV. 10/01/98)
RETENTION SCHEDULE: Upon completion of this form, it will be placed in a file in the Grievance Coordinator's office.



Georgia Department of Corrections
Office of Investigations and Compliance
Inmate Affairs and Ombudsman Unit
P.O. Box 1529
Forsyth, Georgia  31029

ATTACHMENT 9
SOP IIB05-0001

Nathan Deal
Governor

Brian Owens
Commissioner

## CENTRAL OFFICE APPEAL RESPONSE

**Offender's Name:** Smith, Roy

**GDC#:** 1000661938

**Grievance Number:** 154982

**Facility:** Riverbend Correctional Facility

Our review of this grievance revealed that you failed to follow policy in the filing of this grievance. Per policy, an offender may have one additional page attached to the grievance form. This grievance is being rejected because you included two additional pages with your grievance. No further action is required by the Office of Inmate Affairs and Appeals.

_____
Lisa Fountain, Interim Manager
Inmate Affairs and Ombudsman

10/07/2013
(date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

_____
Offender's signature

10-16-2013
(date)